# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4971
_____

RICHARD D. BURGESS,

    Appellant,

    v.

DOROTHY LEE REYNOLDS, as
Personal Representative of the
Estate of Martha R. Burgess,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.


October 30, 2019


PER CURIAM.

    AFFIRMED.

RAY, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard D. Burgess, pro se, Appellant.

Thomas C. Staples of Staples, Ellis + Associates, P.A., Pensacola, for Appellee.